No. 14,479.

PORTER *v.* STATE OF COLORADO, ACTING THROUGH THE
STATE BOARD OF LAND COMMISSIONERS.

(87 P. [2d] 1120)

Decided February 20, 1939.   Rehearing denied March 13, 1939.

Judgment affirmed en banc on application for supersedeas without written opinion, Mr. Justice Francis E. Bouck and Mr. Justice Bock not participating.

Mr. CON K. O'BYRNE, Mr. ALBERT T. FRANTZ, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, HAZEL M. COSTELLO, Assistant, for defendant in error.